# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON, | Case No. 1:22-cv-00040-JLT-SKO |
| Plaintiff, | |
| v. | **ORDER TRANSFERRING CASE** |
| DAVID GRANT MEDICAL CENTER and FAIRFIELD POLICE DEPARTMENT, | |
| Defendants. | |

On January 10, 2022, Plaintiff Orlonzo Hedrington filed a complaint against Defendants David Grant Medical Center and Fairfield Police Department, along with an application to proceed *in forma pauperis.* (Docs. 1 & 2.) The complaint purports to allege claims for violations of Plaintiff's constitutional rights arising from Plaintiff's alleged sexual assault during a visit to Defendant David Grant Medical Center and Defendant Fairfield Police Department's subsequent investigation of the alleged assault. (*See* Doc. 1 at 7–10.)

It is apparent from a reading of Plaintiff's allegations in the complaint that the gravamen of this case arose in the Sacramento Division of the Eastern District of California, and any relationship

with the Fresno Division is minimal. All of events alleged in the complaint occurred at the David Grant Medical Center at Travis Air Force Base in Fairfield, which is part of the Sacramento Division. This case should, therefore, be transferred to the Sacramento Division of the Eastern Division of California.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

Plaintiff's request to proceed *in forma pauperis* (Doc. 2) remains pending.

IT IS SO ORDERED.

Dated: **January 11, 2022**          /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE